IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RONALD SATISH EMRIT**                                                                                    **PLAINTIFF**

V.                                            CASE NO. 5:23-CV-05041

**ATTORNEY KARA PRATT, Hillsboro, Texas;**
**TEXAS SUPREME COURT;**
**TEXAS BAR; CHIEF DISCIPLINARY COUNSEL;**
**and BOARD OF DISCIPLINARY APPEALS**                                    **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 8) filed on March 27, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. On April 10, 2023, the Court received a document from Plaintiff titled, "Notice of Appeal." (doc. 1). The document does not contain an objection to the R&R. In fact, the document does not cite to any part of the R&R, nor does it engage with the R&R's synopsis of the facts and legal analysis. The document is simply a request that the case be "sent to the Eighth Circuit in Saint Louis, Missouri and perhaps to the United States Supreme Court in accordance with Rule 4 of the Federal Rules of Appellate Procedure (FRAP)." *Id.*

As the Court agrees with the findings and recommendations in the R&R, **IT IS HEREBY ADOPTED IN FULL**. **IT IS ORDERED** that the case is **DISMISSED WITH PREJUDICE** for the reasons stated in the R&R.

**IT IS SO ORDERED** on this 14th day of April, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE